```
                                    SEALED FILED
1 | BENJAMIN B. WAGNER
    United States Attorney
2 | JARED C. DOLAN
    Assistant United States Attorney            FEB 27 2014
3 | 501 I Street, Suite 10-100
    Sacramento, CA 95814.
4 | Telephone: (916) 554-2700                CLERK, U.S. DISTRICT COURT
    Facsimile:  (916) 554-2900               EASTERN DISTRICT OF CALIFORNIA
5 |                                          BY_____
                                                   DEPUTY CLERK
6 | Attorneys for Plaintiff
    United States of America
7 |
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-0053 TLN |
|---|---|
| Plaintiff, | [PROPOSED] ORDER TO SEAL |
| v. | |
| MATHIEU MILLER, | (UNDER SEAL) |
| Defendant. | |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney JARED C. DOLAN to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of the Court.

Dated: 2/27/14

The Honorable Allison Claire
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO SEAL INDICTMENT                             1