1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  MATTHEW C. BOCKMON, #161566
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700/Fax 916-498-5710

5  Attorney for Defendant
   MATHIEU MILLER
6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                    FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10 | UNITED STATES OF AMERICA,       ) Case No.  2:14-cr-053 TLN
                                    )
11 |        Plaintiff,               ) STIPULATION AND ORDER CONTINUING
                                    ) STATUS CONFERENCE; SET CHANGE OF
12 |    vs.                          ) PLEA
                                    )
13 | MATHIEU MILLER,                 ) Date: May 1, 2014
                                    ) Time: 9:30 a.m.
14 |        Defendant.               ) Judge: Hon. Troy L. Nunley
                                    )
15 |_____    )

16       The United States of America, by and through Jared Dolan, Assistant United States

17  Attorney, together with the defendant, Mathieu Miller, through Matthew C. Bockmon, Assistant

18  Federal Defender, agree to vacate the status conference date of April 3, 2014 and set a change of

19  plea for May 1, 2014 at 9:30 a.m. for the following reasons:

20       The government and defense counsel are currently in negotiations for a settlement of this

21  case.  A Plea Agreement will be provided to defense counsel who will need additional time to

22  review it with the defendant.

23       The parties agree that the Court should exclude time from computation under the Speedy

24  Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, due to the need to

25  provide defense counsel with the reasonable time to prepare, and that the ends of justice to be

26  served by granting the continuance outweigh the best interests of the public and the defendant in

27  a speedy trial.  The exclusion of time is from April 1, 2014 until May 1, 2014.

28

Stipulation to Continue Status Conference                              U.S. v. Miller, 14-cr-053 TLN

Respectfully submitted,

Dated: April 1, 2014       HEATHER E. WILLIAMS
Federal Defender

*/s/ MATTHEW C. BOCKMON*
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
MATIEU MILLER

Dated: April 1, 2014       BENJAMIN B. WAGNER
United States Attorney

*/s/ Matthew C. Bockmon for*
JARED DOLAN
Assistant U.S. Attorney
Attorney for Plaintiff

## **O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on April 1, 2014, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently set for Thursday, April 3, 2014, be vacated and that a status conference be set for Thursday, May 1, 2014, at 9:30 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' April 1, 2014 stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of April 1, 2014, through and including May 1, 2014, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4.

Dated: April 1, 2014

Troy L. Nunley
United States District Judge